

CHRISTENSEN JAMES & MARTIN
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: kbc@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

BOARD OF TRUSTEES OF EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF PAINTERS & FLOORCOVERERS JOINT COMMITTEE; BOARD OF TRUSTEES OF PAINTERS, GLAZIERS & FLOORCOVERERS JOINT APPRENTICESHIP & JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF PAINTERS ORGANIZING FUND; BOARD OF TRUSTEES OF PAINTERS, GLAZIERS & FLOORCOVERERS SAFETY TRAINING TRUST FUND; BOARD OF TRUSTEES OF SOUTHERN NEVADA PDCA/FCA INDUSTRY PROMOTION FUND; BOARD OF TRUSTEES OF SOUTHERN NEVADA PAINTERS & DECORATORS & GLAZIERS LABOR-MANAGEMENT COOPERATING COMMITTEE TRUST; BOARD OF TRUSTEES OF INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF IUPAT FINISHING CONTRACTORS INDUSTRY FUND; BOARD OF TRUSTEES OF PAINTERS & ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF SOUTHERN NEVADA GLAZIERS & FABRICATORS PENSION TRUST; BOARD OF TRUSTEES OF SOUTHERN NEVADA PAINTERS MARKET RECOVERY TRUST FUND

Plaintiffs,

CASE NO.: 2:16-cv-00745-KJD-PAL

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT BY CONFESSION**

2:16-ms-00032

v.

RECREATION DEVELOPMENT COMPANY, LLC, a Nevada limited liability company,

           Defendants.

      The Plaintiffs identified above (hereinafter "Plaintiffs" or "Trusts"), acting by and through their attorneys, Christensen James & Martin, and the Defendant Recreation Development Company, LLC ("Defendant"), hereby Stipulate and Agree ("Stipulation") as follows:

      1.    This Stipulation and Order for Entry of Judgment by Confession is entered into by and between the Plaintiffs and Defendant to settle and conclude certain legal disputes relating to the payment of fringe benefit contributions, liquidated damages, interest, audit costs and attorney's fees owed to the Plaintiffs by Defendant.

      2.    A Judgment by Confession shall be entered in favor of the Plaintiffs and against Defendant for the sum of Ninety Seven Thousand Three Hundred Eighty One and 84/100 Dollars ($97,381.84), which sum includes all fringe benefit contributions and damages owed to the Trusts for the periods October 1, 2012 through June 30, 2015 ("Audit Period") and July 1, 2015 through August 30, 2015 ("Post-Audit Period"), plus pre-judgment interest, liquidated damages, audit costs, attorney's fees, and costs.

      3.    This Stipulation is conditioned by certain and specific terms contained within the Judgment by Confession executed contemporaneously herewith and incorporated herein by this reference.

                    [PARTY SIGNATURES FOLLOW]

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

CHRISTENSEN JAMES & MARTIN

By: ______________________
Wesley J. Smith, Esq.
*Attorneys for Plaintiffs*

Date: February 17, 2016.

RECREATION DEVELOPMENT COMPANY, LLC

By: ______________________

Its: Jeff Whittle President

Date: February 16, 2016.

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
APR - 1 2016
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: kbc@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

BOARD OF TRUSTEES OF EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF PAINTERS & FLOORCOVERERS JOINT COMMITTEE; BOARD OF TRUSTEES OF PAINTERS, GLAZIERS & FLOORCOVERERS JOINT APPRENTICESHIP & JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF PAINTERS ORGANIZING FUND; BOARD OF TRUSTEES OF PAINTERS, GLAZIERS & FLOORCOVERERS SAFETY TRAINING TRUST FUND; BOARD OF TRUSTEES OF SOUTHERN NEVADA PDCA/FCA INDUSTRY PROMOTION FUND; BOARD OF TRUSTEES OF SOUTHERN NEVADA PAINTERS & DECORATORS & GLAZIERS LABOR-MANAGEMENT COOPERATING COMMITTEE TRUST; BOARD OF TRUSTEES OF INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF IUPAT FINISHING CONTRACTORS INDUSTRY FUND; BOARD OF TRUSTEES OF PAINTERS & ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; BOARD OF TRUSTEES OF SOUTHERN NEVADA GLAZIERS & FABRICATORS PENSION TRUST; BOARD OF TRUSTEES OF SOUTHERN NEVADA PAINTERS MARKET RECOVERY TRUST FUND

Plaintiffs,

CASE NO.: 2:16-cv-00745-KJD-PAL

**JUDGMENT BY CONFESSION**

2:16-ms-00032

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

v.

RECREATION DEVELOPMENT COMPANY, LLC, a Nevada limited liability company,

Defendants.

Pursuant to the express Stipulation and Order for Entry of Judgment by Confession ("Stipulation"), it is hereby ORDERED, ADJUDGED AND DECREED that:

1. This Court has jurisdiction of this case pursuant to Section 502(e)(1) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1132(e)(1), which grants the United States District Courts exclusive jurisdiction over civil actions brought by a fiduciary pursuant to Section 502(a)(3) of ERISA, 29 U.S.C. § 1132(a)(3), to redress violations or enforce the terms of ERISA or an employee benefit plan governed by ERISA. Such jurisdiction exists without respect to the amount in controversy or the citizenship of the parties, as provided in Section 502(f) of ERISA, 29 U.S.C. § 1132(f).

2. This Court has jurisdiction of this case pursuant to Section 301(a) of the Labor Management Relations Act of 1947, as amended ("LMRA"), 29 U.S.C. § 185(a), which grants the United States District Courts original jurisdiction over suits for violation of contracts between an employer and labor organization in an industry affecting commerce, without respect to the amount in controversy or the citizenship of the parties. To the extent this Case presents any state law claims, this Court has supplemental jurisdiction over those claims pursuant to 28 U.S.C. § 1367(a).

3. Venue is proper in this Court pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2), and Section 301(a) of the LMRA, 29 U.S.C. § 185(a), in that this is the Judicial District in which the Plaintiff trust fund is administered.

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

4. The Plaintiffs, the Boards of Trustees of the EMPLOYEE PAINTERS' TRUST; PAINTERS & FLOORCOVERERS JOINT COMMITTEE; PAINTERS, GLAZIERS & FLOORCOVERERS JOINT APPRENTICESHIP & JOURNEYMAN TRAINING TRUST; PAINTERS ORGANIZING FUND; PAINTERS, GLAZIERS & FLOORCOVERERS SAFETY TRAINING TRUST FUND; SOUTHERN NEVADA PDCA/FCA INDUSTRY PROMOTION FUND; SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATING COMMITTEE TRUST; INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES INDUSTRY PENSION FUND; IUPAT FINISHING CONTRACTORS INDUSTRY FUND; PAINTERS & ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; SOUTHERN NEVADA GLAZIERS & FABRICATORS PENSION TRUST; and SOUTHERN NEVADA PAINTERS MARKET RECOVERY TRUST FUND (collectively the "Plaintiffs" or "Trusts"), are express trusts created pursuant to written declarations of trust, consistent with Section 302(c) of the Labor-Management Relations Act of 1947, as amended [29 U.S.C. § 186(c)(5)], existing to provide benefits to participants in Nevada.

5. At all times material herein, the International Union of Painters and Allied Trades, District Council 15 ("Union") has been labor organizations representing employees in the construction industry in Nevada. The Union is a labor organization representing employees in an industry affecting commerce within the meaning of Section 301(a) of the LMRA, as amended [29 U.S.C. § 185(a)].

6. Defendant RECREATION DEVELOPMENT COMPANY, LLC ("Defendant" or "RDC") is party and signatory to one or more labor agreements with the Union whereby RDC agreed to be bound by the terms and conditions of the Painters & Decorators Master Agreement ("Labor Agreement").

7. By executing the Labor Agreement, RDC also agreed to be bound by the terms and provisions of the Trust Agreements utilized to create the Trusts. The Trusts are intended beneficiaries of the Labor Agreement.

8. The Plaintiffs shall take Judgment by Confession ("Judgment") against Defendant for the sum of Ninety Seven Thousand Three Hundred Eighty One and 84/100 Dollars ($97,381.84) ("Judgment Amount"), which sum includes all fringe benefit contributions and damages owed to the Trusts for the periods October 1, 2012 through June 30, 2015 ("Audit Period") and July 1, 2015 through August 30, 2015 ("Post-Audit Period"), plus pre-judgment interest, liquidated damages, audit costs, attorney's fees, and costs. A summary of amounts owed and included herein is attached hereto as **Exhibit 1**.

9. Interest shall accrue on the Judgment Amount at the rate of seven percent (7%) per annum from December 15, 2015 until paid in full.

10. On or before March 31, 2016, Defendant shall remit payment(s) to the Trusts in the amount of Eighty Seven Thousand Five Hundred Eighty Seven and 58/100 Dollars ($87,587.58) ("Judgment Payment").

11. Defendant intends to pay the Judgment Payment from Defendant's contract proceeds held in retention on the Las Vegas Federal Justice Tower project located at 501 South Las Vegas Boulevard, Las Vegas, Nevada 89101 ("Project"). Defendant shall execute an Assignment of Contract Proceeds ("Assignment") in the amount equal to the Judgment Payment from its contract proceeds on the Project. The Assignment shall be executed contemporaneously herewith and is incorporated herein by reference. Defendant shall work with its general contractor, S R Construction, Inc., and the project owner, Las Vegas ICE, LLC/SDA, Inc., to secure timely and complete payment of the Judgment Payment to the Trusts from the general contractor and/or the project owner. Defendant acknowledges that its remains indebted to the Trusts for the entire Judgment Amount until the Judgment Payment is received in full and that failure of S R Construction, Inc. and/or Las Vegas ICE, LLC/SDA, Inc. to honor or pay the

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

Assignment shall not relieve Defendant of this Judgment.

12. Upon Plaintiffs' timely receipt and negotiation of the Judgment Payment, liquidated damages in the amount of Nine Thousand Seven Hundred Ninety Four and 26/100 Dollars ($9,794.26) shall be waived ("Liquidated Damages Waiver"). However, if Defendant fails to timely remit the Judgment Payment, the waiver shall be deemed revoked, and Defendant shall be obligated to pay the liquidated damages to the Trusts.

13. Any payments toward the Judgment Amount shall be paid to Plaintiffs as third party beneficiaries under the terms of the Labor Agreement and Trust Agreements. Payments shall be made payable to "Painters Joint Trust Funds" and shall be remitted to Plaintiffs' attorney, Christensen James & Martin, at 7440 W. Sahara Ave., Las Vegas, Nevada 89117, or at such other location as the Defendant is notified in writing. Should any of Defendant's payments be returned for insufficient funds, all subsequent payments shall be made using cashier's checks or money orders.

14. Upon Plaintiffs' receipt and negotiation of Judgment Payment, this obligation will have been satisfied and, upon receipt of a request therefor, Plaintiffs shall deliver to the Defendant a written Satisfaction of Judgment. A Satisfaction of Judgment shall not be executed nor delivered until all of Defendant's obligations under this Judgment have been fully performed.

15. The Plaintiffs shall hold and not file this Judgment through March 31, 2016. If the Judgment Payment is not received on or before March 31, 2016, Plaintiffs shall have the unconditional and immediate right to file and execute upon the Judgment for whatever amount then remains due and owing without further notice to the Defendant or Order from the Court.

16. During the period that this Judgment remains unfiled, the Plaintiffs shall stay claims against Bond No. 1000839944 issued to RDC by American Contractors Indemnity Company ("Bond"). In the event this Judgment is filed, Defendant waives any and all objections or defenses and Plaintiffs shall have the unconditional and immediate right to collect the proceeds of the Bond for whatever amount then remains due and owing, including after-accruing attorney's fees, without further notice to the Defendant or Order from the Court.

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

17. This Judgment includes settlement of all known claims by Plaintiffs for fringe benefit contributions and damages owed to the Trusts for the Audit Period and Post-Audit Period. Defendant acknowledges that RDC has only been audited through June 30, 2015. Although this Judgment includes claims for contributions and related damages for July 1, 2015 through August 30, 2015, those periods have not been audited. This Judgment is not intended to, and it does not, resolve, address or secure claims that are as yet unknown to the Trusts, including any claims that may later be revealed by Audit for periods subsequent to June 30, 2015. The Trusts specifically reserve all Audit rights for periods that have not been audited.

18. The following potential claims are reserved by the Trusts: (i) any claims unrelated to the Judgment Amount, accruing before or after the effective date of this Judgment, including, without limitation, claims by any of the Trusts for additional contributions and related damages that may be due and owing to any of the Trusts pursuant to the provisions of any collective bargaining agreement to which Defendant may be bound that requires the payment of contributions to the Trusts; (ii) the obligation of the Defendant or any trade or business under common control of Defendant (to the extent Defendant or any trade or business under common control with Defendant has any obligation) to pay, and the rights of the Trusts to assess and collect, withdrawal liability pursuant to 29 U.S.C. § 1381 et. seq. (including the use of Defendant's contribution history for purposes of calculating any withdrawal liability); and (iii) any additional claims discovered by audit for any period.

19. The Stipulation and this Judgment shall be considered one instrument and shall become binding when signed. Signatures to the Stipulation and Judgment, as provided via facsimile or scanned document, shall be valid and shall be deemed the equivalent of original signatures.

20. Defendants have consulted the attorney of their choice and fully understand the obligations and consequences of this Judgment.

21. This Judgment constitutes the entire agreement between the Plaintiffs and the Defendant and shall supersede any and all prior oral and/or written representations, negotiations,

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

understandings and agreements.

IT IS SO ORDERED

DATED and done this 25th day of April, 2016.

UNITED STATES DISTRICT COURT JUDGE

CHRISTENSEN JAMES & MARTIN

By: ______________________
Wesley J. Smith, Esq.
*Attorneys for Plaintiffs*

Date: February 17, 2016.

RECREATION DEVELOPMENT COMPANY, LLC

By: ______________________

Its: Jeff Whittle President

Date: February 16, 2016.

OATH AND VERIFICATION

STATE OF NEVADA )
: ss.
COUNTY OF CLARK )

Jeff Whittle, as President of Recreation Development Company, LLC, being first duly sworn upon oath, now verifies and declares that:

1. Entry of this Judgment by Confession, according to its provisions, is duly authorized; and

2. The monies due and owing and the basis for said Judgment are accurately set forth in the Stipulation and this Judgment.

Further you affiant sayeth naught.

______________________
as President of Recreation Development Company, LLC

Subscribed and Sworn before me this 16th day of February, 2016.

______________________
Notary Public

CELESTE A. GUINN
Notary Public, State of Nevada
Appointment No. 92-4127-1
My Appt. Expires Jan 25, 2017